UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Y FRIEDMAN,

                    Plaintiff,

          – against –

L CHOAI,

                    Defendant.

**ORDER**

24-cv-06459 (ER)

RAMOS, D.J.:

        Y. Friedman, who is proceeding *pro se*, filed a complaint against L. Choai in the District of New Jersey on May 1, 2023.  Doc. 11.  After Friedman amended his complaint on December 20, 2023, Doc. 22, Choai moved to dismiss the case on January 3, 2024, Doc. 23.  Because the District Court concluded that venue was not proper in the District of New Jersey, it transferred the case to the Southern District of New York and terminated the motion to dismiss without prejudice to renewal on August 22, 2024.  Docs. 26–28.  Since the transfer, there has been no activity in this case.  Friedman is therefore directed to file an update with the Court regarding the status of the case by February 11, 2026.  Failure to do so may result in a dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

        It is SO ORDERED.

Dated:    January 14, 2026
          New York, New York

                                                    _____
                                                    EDGARDO RAMOS, U.S.D.J.