UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Y FRIEDMAN,

                Plaintiff,

      – *against* –

L CHOAI,

                Defendant.

**ORDER**

24-cv-06459 (ER)

RAMOS, D.J.:

       Y. Friedman, who is proceeding *pro se*, filed a complaint against L. Choai in the District of New Jersey on May 1, 2023. Doc. 11. The case was transferred to the Southern District of New York on August 22, 2024. Docs. 26–28. In the absence of any activity, the Court issued an order on January 14, 2026, that directed Friedman to file a status update regarding the case. Doc. 30. In response, Friedman filed a letter on February 11, 2026, that indicated that he planned to file for a default judgment. Doc. 31. Two days later, Choai requested a conference to discuss her anticipated motion to dismiss the complaint, Doc. 33, which the Court scheduled for March 5, 2026. Doc. 34. At the conference, Friedman inquired about the status of his request for a default judgment. To the extent that Friedman has moved for default judgment against Choai,[1] the motion is DENIED for the reasons set forth on the record during the Court's March 5, 2026, conference.

       It is SO ORDERED.

Dated:   March 6, 2026
         New York, New York

                                EDGARDO RAMOS, U.S.D.J.

---

[1] The Court notes that Friedman has not formally moved for default judgment. Although Friedman filed a letter on February 27, 2026, that argued that Choai was not entitled to a pre-motion conference because her attorney was "in default," the letter explicitly stated that it was "not a motion for default." Doc. 35.