UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Y. FRIEDMAN.,

Plaintiff,

-against-

L. CHOAI.,

Defendant.

24 CIVIL 06459 (ER)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated November 16, 2026, the motion to dismiss is GRANTED, and the case is closed.

**Dated:** New York, New York
November 17, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**